CEM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 10 AM 10: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Benjamin HERNANDEZ-Mora,**<br><br>Defendant | Magistrate Docket No. **07 MJ 2418**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **October 9th, 2007** within the Southern District of California, defendant, **Benjamin HERNANDEZ-Mora,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** **DAY** OF **OCTOBER, 2007.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CEM

**CONTINUATION OF COMPLAINT:**
**Benjamin HERNANDEZ-Mora**

## PROBABLE CAUSE STATEMENT

On October 9, 2007, Border Patrol Agent Edwin Mendivil was assigned to Border Patrol operations in the vicinity of Tecate, California. This area is located approximately three miles west of the port of entry in Tecate, California, and approximately five miles north of the International Boundary between the United States and Mexico.

At approximately 6:30 AM, Agent Mendivil responded to a report from Border Patrol dispatch regarding possible illegal alien activity near Barrett Lake. Upon arriving in the area of this sensor activation, Agent Mendivil located footprints and followed them for approximately 30 minutes, in which he then encountered four individuals. Agent Mendivil identified himself as a Border Patrol Agent and proceeded to conduct an immigration inspection. Each individual, including one later identified as the defendant, **Benjamin HERNANDEZ-Mora** admitted to being citizens and nationals of Mexico illegally present in the United States. All four individuals were arrested and transported to the SR-94 Brownfield Checkpoint for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 13, 2007** through **San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.