# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Benjamin Hernandez-Mora No. 07cr3051-DMS

HON. Louisa S. Porter Tape No. POR07-1:10:44-10:45 (1m)

Asst. U.S. Attorney Sabrina Feve PTSO N/A

| | | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|---|
| Atty | Greg Murphy, FD | X | Apt | | Ret | for | Hernandez-Mora | (1) | (C) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt | | Ret | for | | ( ) | ( ) |
| | | | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS: ____ In Chambers X In Court ____ By Telephone

Govt's oral motion to dismiss Information without prejudice - Granted
Case Dismissed as to Benjamin Hernandez-Mora without prejudice
Abstract issued to USM

Date 01/08/2008

R. F. Messig
Deputy's Initials