# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN -8 A 4: 16
RECEIVED

UNITED STATES OF AMERICA )
vs )
Benjamin Hernandez-Mora )

CASE NUMBER 07CR 3051

ABSTRACT OF ORDER

Booking No. 05233298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 1/8/08

the Court entered the following order:

___HAA___ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

________ Defendant released on $________ bond posted.

________ Defendant appeared in Court. FINGERPRINT & RELEASE.

________ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

________ Defendant sentenced to TIME SERVED, supervised release for ______ years.

________ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

________ Bench Warrant Recalled.

___✓___ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. Defendant to remain in custody on 07CR 3473-DMS

________________________
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

Received ________________________
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY