# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN -9 PM 3:17 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: [signature]

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Benjamin Hernandez-Mora, Defendant. | CASE NO. 07cr3051-DMS<br>**JUDGMENT OF DISMISSAL** |

FILED JAN 11 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/09/2008

[signature]
Louisa S. Porter
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgment and Commitment~~ on 1/10/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON ______________